Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 629 - 1 | **DATE** | 7/22/2009 |
| **CASE TITLE** | USA vs. Javier Gonzalez-Loza | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/21/09. Defendant informed of rights. Steven R. Decker appears as counsel for Defendant. Defendant to remain in custody pending identity hearing and detention hearing set for 7/28/09 at 2:00 p.m.

Docketing to mail notices.

00:14

| | Courtroom Deputy Initials: | DK |
|---|---|---|