Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 629 - 1 | **DATE** | 7/28/2009 |
| **CASE TITLE** | USA vs. Javier Gonzalez-Loza | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to an identity hearing. Defendant waives his right to a detention hearing without prejudice. Defendant ordered removed in the custody of the U.S. Marshal to the Eastern District of Michigan, Detroit, for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|